C. Julius Langbein, for appellants. Bernard J. Kelly, for respondent.

PER CURIAM. After a careful examination of the record and weighing of the evidence, we entertain such grave doubt as to the correctness of the judgment that we feel that the interests of justice will best be subserved by ordering a new trial. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

DONLON, Respondent, v. DILTHEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Thomas Donlon against William J. Dilthey and others. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

DRAKE, Appellant, v. NEW YORK IRON MINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by John R. Drake against the New York Iron Mine and others. No opinion. If the appellant can obtain relief, as to which we express no opinion, his application must be made in the first instance at the special term.

DROEGE, Appellant, v. AHRENS & OTT MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Otto H. Droege, as assignee, etc., against the Ahrens & Ott Manufacturing Company. Otto Kempner, for appellant. John B. Green, for respondent. No opinion. Judgment affirmed, with costs.

In re EAST 168TH ST. (Supreme Court, Appellate Division, First Department. October 21, 1898.) In the matter of East 168th street. No opinion. Motion for leave to go to court of appeals granted, and questions settled. See 52 N. Y. Supp. 588.

In re EAST 176TH ST. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of East 176th street. No opinion. Motion granted; question to be certified as formulated by corporation counsel.

EMIL, Respondent, v. ALDHOUS, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Lulu Emil against Frederick Aldhous. J. N. Tuttle, for appellant. A. Blumenstiel, for respondent. No opinion. Judgment affirmed, with costs.

ENOS, Respondent, v. HAVEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Sarah E. Enos against William R. Haven. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except ADAMS, J., not voting.

FALKE v. THIRD AVE. RY. CO. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Carolina Falke against the Third Avenue Railway Company. No opinion. Motion granted, with $10 costs.

FAUST, Respondent, v. ASCHER, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Herman P. Faust against Jacob G. Ascher. M. Cohen, for appellant. G. W. Alger, for respondent. No opinion. Judgment affirmed, with costs, and with leave to defendant to withdraw demurrer and answer on payment of costs in this court and in the court below.

FIELD, Respondent, v. PORT CHESTER ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by James M. Field against Port Chester Street-Railway Company. No opinion. Order affirmed on argument, with $10 costs and disbursements to the respondent.

FLEISCHER, Respondent, v. ALTMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by William Fleischer against Benjamin Altman. S. Hanford, for appellant. I. M. Dittenhoefer, for respondent. No opinion. Judgment affirmed, with costs.

FLUHR, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1898.) Action by Anna M. Fluhr against the Manhattan Railway Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $5,000, and extra allowance proportionately; and, in case of such stipulation, the judgment, as modified, is unanimously affirmed, without costs to either party.

FRIEDMAN, Respondent, v. CONSOLIDATED TRACTION CO., Appellant. (Supreme Court, Appellate Term. October, 1898.) Action by Max Friedman against the Consolidated Traction Company. Jarvis N. Atkinson (Spencer Weart, of counsel), for appellant. Julius H. Cohn, for respondent. No opinion. Judgment affirmed, with costs. See 53 N. Y. Supp. 410.

FROMENT et al., Respondents, v. TAYLOR, Appellant. (City Court of New York, General Term. November 18, 1898.) Action by Frank L. Froment and others against Nathaniel Taylor. George W. Moon and Jesse Grant Roe, for appellant. Richard J. Mahone, for respondents.

O'DWYER, J. We are of opinion that the guaranty was a continuing one; that a cause of action thereon was sufficiently set forth in the complaint; and that the judgment was right, and should be affirmed. Judgment affirmed, with costs.

In re FROST. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of Henry A. Frost, an